80,718-01,02

Ronnie Bryant 0181-0399
John Wynne unit A-4-3-10-B
810 FM 2821
Huntsville TX 77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

Dear Sir

I am writing requesting to know the Status on my courts is it still open are do I need to Start my appeal over Please let me know. If it not open in court I'll send 1107 I thank you in advance and trusting to hear from you concerning this Important matter of mutual concern

I thank you
Ronnie Bryant

P.S If the court not open in my matter I'll open again need to know do I have anything open in my case